PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **William McCullough**　　　　　　　　　　　　　　　　Docket No. **06-159**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **William Sobchik** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **William McCullough**, who was placed under pretrial release supervision by the **Honorable Dennis M. Cavanaugh** sitting in the Court at 2 Federal Square Newark, NJ 07101, on May 18, 2005, under the following conditions:

1. Pretrial Services supervision.
2. Travel restricted to New Jersey and the five boroughs of New York.
3. Bond to be co-signed by defendant's mother, Tracy Brant.
3. Maintain residence unless approved to move by Pretrial Services.

On April 19, 2006 the defendant's bail was modified to include home confinement with electronic monitoring.

Respectfully presenting petition for action of Court and for cause as follows:

**See attached**

PRAYING THAT THE COURT WILL ORDER **A bail violation hearing be set.**

ORDER OF COURT

Considered and ordered this 16 day of June, 2006 and ordered filed and made a part of the records in the above case.

Honorable Dennis M. Cavanaugh
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/16/06

William Sobchik
U.S. Pretrial Services Officer

Hearing date: July 10, 2006 at 11:00AM